**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAEL WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL FILE NO. 1:16-CV-812-WSD |
| | ) | |
| MARINEMAX EAST, INC., and SEA RAY BOATS, INC., A DIVISION OF BRUNSWICK CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX TO DEFENDANTS SEA RAY DIVISION OF BRUNSWICK CORPORATION AND MARINEMAX EAST, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Tab 1……...Pl. Dep. 22:14-23, Ex. 6

Tab 2……...Pl. Dep. 28:20-25; 29:1-7; Ex. 14

Tab 3……...Pl. Dep. 23:20-25; 24:1-6, Ex. 8

Tab 4……...Declaration of Michael McLamb

Tab 5……...Pl. 100:21-101:7; Ex. 62; Dinan Dep. 46:10-13

Tab 6……...Pl. Dep. Ex. 41

Tab 7……...Pl. Dep. 20:11-18

Tab 8……...Pl. Dep. 33:21-25; 34:1-4

Tab 9……...Pl. Dep. 29:16-24, Ex. 15

Tab 10……..Pl. Dep. 49:24-50:4

Tab 11……..Pl. Dep. 47:25-48:7

Tab 12……..Pl. Dep. 63:21-24

Tab 13……..Declaration of L. Raustad

Tab 14……..Griffin Dep. 6:7-13

Tab 15……..Complaint, ¶¶ 3 and 13

Tab 16……..Pl. Dep. 34:5-25

Tab 17……..Pl. Dep. 35:10-16, Ex. 16

Tab 18……..Dinan Dep. 30:1-12

Tab 19……..Pl. Dep. 46:10-13

Tab 20……..Pl. Dep. 36:1-4

Tab 21……..Pl. Dep. 37:25; 38:1-3

Tab 22……..Pl. Dep. Ex. 17

Tab 23……..Pl. Dep. 39:2-25; 40:1-25, Ex. 19

Tab 24……..Pl. Dep. 42:23-25; 43:1-2

Tab 25……..Pl. Dep. 41:23-25; 42:1-2

Tab 26……..Pl. Dep. 41:23-25; 42:1-2; Dinan Dep. 42:9-16

Tab 27……..Pl. Dep. 45:10-18

Tab 28……..Dinan Dep. 31:12-18

Tab 29……..Pl. Dep. Ex. 22

Tab 30……..Pl. Dep. Ex. 23

Tab 31……..Dinan Dep. 30:3-7

Tab 32……..Pl. Dep. 100:21-25, 101:1-7; Ex. 62; Dinan Dep. 46:10-13

Tab 33……..Pl. Dep. 61:1-5; Dinan Dep. 30:5-7

Tab 34……..Pl. Dep. 62:8-9; Ex. 31

Tab 35……..Pl. Dep. 63:1-24

Tab 36……..Pl. Dep. 64:10-15

Tab 37……..Pl. Dep. 64:23-25, 65:1-15; 66, 67:1-12; Ex. 32-34

Tab 38……..Pl. Dep. 67:15-25, 68, 69:1-9; Ex. 35

Tab 39……..Dinan Dep. 26:16-18

Tab 40……..Pl. Dep. Ex. 38

Tab 41……..Pl. Dep. 70:2-18; Ex. 38

Tab 42……..Pl. Dep. 71:12-14, Ex. 39

Tab 43……..Pl. Dep. Ex. 39-44, 47-50

Tab 44……..Pl. Dep. 72:6-24; Ex. 41

Tab 45……..Pl. Dep. 72:10-13, 73:3-7, Ex. 42

Tab 46……..Pl. Dep. 74:9-10

Tab 47……..Pl. Dep. Ex. 43-44

Tab 48……..Pl. Dep. Ex. 47

Tab 49……..Pl. Dep. Ex. 48

Tab 50……..Pl. Dep. Ex. 49

Tab 51……..Pl. Dep. 78:10-17

Tab 52……..Pl. Dep. Ex. 41, 82:18-24

Tab 53……..Pl. Dep. Ex. 51

Tab 54……..Pl. Dep. 83:1-6; Ex. 52

Tab 55……..Pl. Dep. 85:13-22; Ex. 54

Tab 56……..Pl. Dep. 85:23-25, 86:1-10, Ex. 54

Tab 57……..Pl. Dep. 78:22-25, 79:1-12, Ex. 50

Tab 58……..Pl. Dep. 87:10-14, Ex. 54

Tab 59……..Pl. Dep. 87:23-25; 88:1-2

Tab 60……..Pl. Dep. 88:22-25, 89:1-2

Tab 61……..Pl. Dep. 89:12-22; Ex. 59